UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Uncommon Grounds Coffee & Tea, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Uncommon Grounds, Inc., <br><br> Defendant. | Civil Action No: 1:24-cv-10420-PBS |

**JOINT NOTICE OF SETTLEMENT AND**
**<u>REQUEST FOR 60-DAY SETTLEMENT ORDER OF DISMISSAL</u>**

Plaintiff Uncommon Grounds Coffee & Tea, Inc. ("Plaintiff") and Defendant Uncommon Grounds, Inc. ("Defendant") submit this Joint Notice confirming that Plaintiff and Defendant (collectively, "the Parties") have reached a settlement in principle and respectfully request that the Court enter a 60-day Settlement Order of Dismissal without costs and without prejudice. In support of this request, the Parties state as follows:

1. The parties notified the Court via email on May 16 and May 23, 2024 that they reached a settlement in principle and requested a 60-day Settlement Order of Dismissal.

2. The parties request a 60-day Settlement Order of Dismissal to ensure that they may have the time necessary to finalize the memorialization of their agreement.

3. This Request would also conserve judicial resources by obviating the need for the Scheduling Conference set in this case for May 29, 2024 at 10:45 a.m. (by remote means). Dkt. No. 15.

In light of the foregoing, the Parties jointly notify the Court of their settlement in principle and respectfully request entry of a 60-Day Settlement Order of Dismissal without costs and without prejudice.

Respectfully and jointly submitted this 28th day of May, 2024,

| | |
|---|---|
| */s/ Nicholas Mesiti*  [1] | */s/ Andrew T. O'Connor*  . |
| Nicholas Mesiti, Esq. | Andrew T. O'Connor, Esq. |
| Thomas L. Sica, Esq. | GOULSTON & STORRS |
| HESLIN ROTHENBERG FARLEY & MESITI P.C. | One Post Office Square |
| 5 Columbia Circle | Boston, Massachusetts 02109 |
| Albany, New York 12203 | Telephone: 617-574-4153 |
| Telephone: (518) 452-5600 | Email: aoconnor@goulstonstorrs.com |
| Email: Nick.Mesiti@hrfmlaw.com | |
| Email: Thomas.Sica@hrfmlaw.com | *Attorneys for Defendant, Uncommon Grounds, Inc.* |

James E. Gallagher, Esq.
DAVIS MALM & D'AGOSTINE
One Boston Place, Suite 37
Boston, Massachusetts 02108
Telephone: 617-589-3883
Email: jgallagher@davismalm.com

*Attorneys for Plaintiff, Uncommon Grounds Coffee & Tea, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that, on May 28, 2024, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                           */s/ Andrew T. O'Connor*
                                            Andrew T. O'Connor

---

[1] Signed with permission.